## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DONTREL A. MOSELY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.: 2:15-cv-00613-MHH ) |
| JIM BURKE AUTOMOTIVE, INC., | ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

The Plaintiff and the Defendant, through counsel, stipulate that this matter can be dismissed by the Court, with prejudice, with fees and costs taxed as paid.

This 10th day of August, 2015

Respectfully Submitted,

Thomas C. Donald, ASB-6795-A47D
Law Office of Thomas C. Donald, LLC
1707 29th Court South
Birmingham, Alabama 35209
(205) 985-2309

Michael E. Parrish, ASB-5747-S69M
Parrish & Theus, LLC
P.O. Box 590067
Birmingham, Alabama 35259-0067

*Cassandra H. Kalupa*

Jeffrey L. Ingram, ASB-8270-M74J
Cassandra H. Kalupa, ASB-2841-D52H
Attorneys for the Defendant
Galese & Ingram, P.C.
800 Shades Creek Parkway, Suite 300
Birmingham, Alabama 35209
(205) 870-0663